# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2020

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| | | |
|---|---|---|
| **1. Person Reporting** (last name, first, middle initial) <br><br> Reyna, Jimmie V. | **2. Court or Organization** <br><br> U.S. Court of Appeals for the Federal Circuit | **3. Date of Report** <br><br> 05/14/2021 |

| | | |
|---|---|---|
| **4. Title** (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) <br><br> Circuit Judge - Active | **5a. Report Type** (check appropriate type) <br><br> ☐ Nomination  Date <br> ☐ Initial  ☑ Annual  ☐ Final <br><br> **5b.** ☐  Amended Report | **6. Reporting Period** <br><br> 01/01/2020 <br> **to** <br> 12/31/2020 |

**7. Chambers or Office Address**

U.S. Court of Appeals for the Federal Circuit
National Courts Building
717 Madison NW
Washington, DC 20439

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Reyna, Jimmie V. | 05/14/2021 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2020 | Montgomery County Public Schools, pension |
| 2. | 2020 | State of Maryland, pension |
| 3. | 2020 | Archdioces of Washington, pension |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Connor Inn Annual Recepion and Dinner | January 1, 2020 | New York, NY | Attendee | Transportation, meal, and hotel |
| 2. | ABA Rule of Law Inititative Program, Bogota and Cali, Colombia | January 24 - February 2, 2020 | Colombia | Speaker | Transportation, meals, hotel |
| 3. | LAIPLA Judges Dinner Program | February 26, 2020 | Los Angeles, CA | Speaker | Transportation, meals, hotel |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Reyna, Jimmie V.** | 05/14/2021 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. Cenlar Mortgage | Mortgage in rental property, Montgomery County (MD (See Pt. VIII, line 1) | M |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Reyna, Jimmie V.** | 05/14/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. Rental Property, Montgomery County, MD | D | Rent | M | W | | | | | |
| 2. PNC Bank, account | A | Interest | L | T | | | | | |
| 3. Education Systems Federal Credit Union, account | A | Interest | K | T | | | | | |
| 4. Northwestern Life, Variable Policy #1 | | | | | | | | | |
| 5. MSA Index 500 (MSA)Select Bond | A | Int./Div. | J | T | | | | | |
| 6. Fixed Income, Mason Street Advisors (MSA/Wells Cap Mng, Inc) . | A | Interest | J | T | | | | | |
| 7. MSA, Index 400 Stock (MSA) | A | Int./Div. | J | T | | | | | |
| 8. MSA, Intl Dev Mkts, Inl Equity (MSA Franklin Templeton) | A | Int./Div. | J | T | | | | | |
| 9. Russel, Russel Global Real Estate Securities | A | Int./Div. | J | T | | | | | |
| 10. MSA, Small Cap Value (MSA/T Rowe Price) | A | Int./Div. | J | T | | | | | |
| 11. Northwestern Life, Variable Policy #2 | | | | | | | | | |
| 12. MSA Index 500 (MSA)Select Bond | A | Int./Div. | J | T | | | | | |
| 13. Fixed Income, Mason Street Advisors (MSA/Wells Cap Mng, Inc) . | A | Interest | J | T | | | | | |
| 14. MSA, Index 400 Stock (MSA) | A | Int./Div. | J | T | | | | | |
| 15. MSA, Intl Dev Mkts, Inl Equity (MSA Franklin Templeton) | A | Int./Div. | J | T | | | | | |
| 16. Russel Real Estate Securities | A | Int./Div. | J | T | | | | | |
| 17. MSA Small Cap Value (MSA/T Rowe Price) | A | Int./Div. | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Reyna, Jimmie V.** | 05/14/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| | A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18. | New York Life, Variable Policy | | | | | | | | | |
| 19. | Mainstay VP International Equity Initial Class (High) | A | Int./Div. | J | T | | | | | |
| 20. | Mainstay VP Emerging Markets Equity Initial Class (Highest) | A | Int./Div. | J | T | | | | | |
| 21. | Mainstay VP T. Rowe Price Equity Income Initial Class (Highest) | A | Int./Div. | J | T | | | | | |
| 22. | Mainstay VP Van Eck Global Hard Assests Initial Class (Highest) | A | Int./Div. | J | T | | | | | |
| 23. | Mainstay VP Common Stock Initial Class (High) | A | Int./Div. | J | T | | | | | |
| 24. | Mainstay VP International Equity - Initial Class | A | Int./Div. | J | T | | | | | |
| 25. | Fidelity VIP Contrafund Portfolio Initial Class (Highest) | A | Int./Div. | J | T | | | | | |
| 26. | Northwestern Life, IRA | | | | | | | | | |
| 27. | Main Street Advisors Index Stock 500 (MSA) | A | Int./Div. | K | T | | | | | |
| 28. | Main Street Advisors Index 400 Stock (MSA) | A | Int./Div. | K | T | | | | | |
| 29. | Small Cap Value (MSA/T Rowe Price) | A | Int./Div. | K | T | | | | | |
| 30. | International Equity (MSA/Franklin TMPL) | A | Int./Div. | K | T | | | | | |
| 31. | MSA, Select Bond (MSA/Wells Capital Management Inc.)) | A | Int./Div. | L | T | | | | | |
| 32. | Russel Global Real Estate Securities | A | Int./Div. | K | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Reyna, Jimmie V. | 05/14/2021 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Jimmie V. Reyna**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544